IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br> v.<br><br>LARISSA MARIE HOOVER<br><br>   Defendant. | Case No. 3:25-cr-150-2<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** |

 The undersigned attorney hereby applies to the Court for the issuance of a *Writ of Habeas Corpus* Ad Prosequendum.

Name of detainee:   Larissa Marie Hoover
Detained at (custodian) Dakota Women's Correctional & Rehabilitation Center (Vicki Urlacher)
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Bismarck, North Dakota, on <u>July 23, 2025, at 2:00 p.m.</u>, for the purpose of Initial Appearance/Arraignment.

Attorney Signature:      /s/  Jacob T. Rodenbiker
Printed Name and Telephone Number: JACOB T. RODENBIKER, 701-297-7400
Dated: July 10, 2025      Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

 The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: July 10, 2025    */s/ Alice R. Senechal*
            Magistrate Judge Alice R. Senechal
            United States District Court

☐ Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____  By: _____  _____
Date Executed    Printed Name     Signature